JANUARY 17, 1942

**No. 46850.**▮▮▮▮—Protests 834263–G, etc., of M. A. Katz & Co. ▮▮▮▮ ▮▮▮▮ Motion of Government for rehearing denied.

JANUARY 20, 1942

**No. 46851.**▮▮▮▮▮▮▮▮—Protest 29610–K of Mill & Mine Supply Co. C. D. 561. Motion of Government for rehearing denied.

**No. 46852.**▮▮▮▮▮▮Protest 31076–K of Fallani & Cohn, Inc. C. D. 558. Motion of Government for rehearing granted.

BEFORE THE FIRST DIVISION, JANUARY 21, 1942

**No. 46853.**—Protest 987132–G of M. V. Jenkins (Seattle).

Opinion by WALKER, J. In accordance with stipulation of counsel and on the authority of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391) it was held that no addition should have been made to the imported quantity for planing, tonguing, and grooving. The protest was therefore sustained.

**No. 46854.**—Protest 993836–G of M. V. Jenkins (Seattle).

Opinion by WALKER, J. It was stipulated that the lumber in question is similar in all material respects to that the subject of *Seaboard Lumber Sales Co.* v. *United States* (5 Cust. Ct. 161, C. D. 391). In accordance therewith it was held that no addition should have been made to the imported quantity for planing, tonguing and grooving. The protest was therefore sustained.

**No. 46855.**—Protest 998510–G of Klara Wertheimer (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel that the lift vans in question are similar to those the subject of Abstract 43642 they were held entitled to free entry as claimed.